Filed 6/30/16  P. v. Mickens CA2/6
**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CAVIER D. MICKENS,<br><br>    Defendant and Appellant. | 2d Crim. No. B269152<br>(Super. Ct. No. 5PH08991)<br>(Los Angeles County) |

Cavier D. Mickens appeals a parole revocation order finding that he violated his parole conditions.

We appointed counsel to represent him on this appeal.  After examination of the record, his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.  In her declaration, counsel said that in a letter dated March 23, 2016, she advised appellant that he had 30 days to file a supplemental brief.

On April 21, 2016, we advised appellant that he had 30 days within which to personally submit any contentions or issues which he wished us to consider.  No response has been received from appellant to this date.  After examination of the record, we are satisfied that appellant's attorney has fully complied with her

responsibilities and that no arguable issues exist.  (*People v. Wende, supra,* 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:



PERREN, J.



TANGEMAN, J.

Jacqueline H. Lewis, Judge

Superior Court County of Los Angeles

_____

Heather E. Shallenberger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.